[No. 34153-7-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN J. PAGNANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07230-7, Frank L. Sullivan, J., entered January 24, 1994. *Remanded* by unpublished per curiam opinion.

[No. 32164-1-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISA SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03111-8, George T. Mattson, J., entered January 7, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 31464-5-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MARES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-02257-7, Jack A. Richey, J. Pro Tem., entered August 4, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32061-1-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE C. BATTLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01400-5, Frank L. Sullivan, J., entered December 14, 1992. *Dismissed* by unpublished per curiam opinion.